In the Matter of the Arbitration between ERVAY J. BAKER et al., Appellants, and BOARD OF EDUCATION of CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWNS OF BATH, CAMERON, WHEELER, URBANA, THURSTON, AVOCA and HOWARD, STEUBEN COUNTY, et al., Respondents.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders of Steuben Special Term staying arbitration.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

JOSEPH O. LAMBERT, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term dismissing the complaint in a negligence action.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

JOHN A. LAMBERT, an Infant, by JOSEPH O. LAMBERT, His Guardian ad Litem, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term dismissing the complaint in a negligence action.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

MARIE P. NICOTERA, Appellant, v. RICHARD LIDDLE et al., Defendants, and JOSEPH BARBAGALLO, as Administrator of the Estate of JOHN BARBAGALLO, Deceased, Respondent.— Judgment insofar as appealed from and order affirmed, with costs. All concur. (Appeal from part of a judgment of Erie Trial Term dismissing the complaint as to defendant Barbagallo in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of Arbitration between ERVAY J. BAKER, Appellant, and BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 2, OF THE TOWNS OF BATH, CAMERON, WHEELER, URBANA, THURSTON, AVOCA and HOWARD, STEUBEN COUNTY, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See ante, p. 849.]

## FIRST DEPARTMENT, APRIL, 1955.

(April 7, 1955.)

THE PEOPLE OF THE STATE OF NEW YORK v. EDDIE LEE BEASLEY.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED PERRY.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.